INGRAHAM, P. J., SCOTT, DOWLING and HOTCHKISS, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MULHERN, Appellant, *v.* THE INDEPENDENT DOCK BUILDERS' BENEVOLENT UNION OF GREATER NEW YORK AND VICINITY, Respondent.

First Department, November 6, 1914.

See *People ex rel. Holmstrom* v. *I. D. B. B. Union* (*ante*, p. 267).

APPEAL by the relator, John Mulhern, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 15th day of April, 1914, denying his motion for a writ of mandamus requiring respondent to reinstate him as a member.

*Benjamin W. Moore*, for the appellant.

*John J. O'Connor*, for the respondent.

CLARKE, J.:

The facts are similar to those in *People ex rel. Holmstrom* v. *I. D. B. B. Union* (164 App. Div. 267), handed down herewith, relator having been included in the same charges and

tried at the same time as Holmstrom. Without passing upon the question as to this relator, whether the charges were substantial and whether there was *any* evidence to sustain them, for the reasons there set forth, the order appealed from should be reversed, with ten dollars costs and disbursements, and the motion for a peremptory writ of mandamus requiring his reinstatement granted with ten dollars costs.

INGRAHAM, P. J., SCOTT, DOWLING and HOTCHKISS, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.